**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Maria Liliana Mendez Lopez

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Samuel J. Olson, John Doe

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00552-NEB-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

   b. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to her release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return and release Petitioner in Minnesota;

   c. ORDERS that Respondents release Petitioner from custody in Minnesota subject to the conditions of her Order of Release on Recognizance. Respondents must release Petitioner as soon as

practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order;

d. ORDERS that, within **two days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred; and

e. Petitioner's motion for a Temporary Restraining Order (ECF No. 3) is DENIED AS MOOT.

Date: 1/25/2026

KATE M. FOGARTY, CLERK